System Case 1:08-cv-00133-RBK-JS   Document 5   Filed 08/14/08   Page 1 of 12 PageID: 23

May 8, 2008

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-133

In Regard to the Matter of:

Bayside State Prison

Litigation

DONALD CARROLL,

-vs-

WILLIAM H. FAUVER, et al,

Defendants.

*       *       *       *

THURSDAY, MAY 8, 2008

*       *       *       *

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

schedules@mfreporting.com          Mastroianni & Formaroli, Inc.          856-546-1100
                                   Professionals Serving Professionals

Page 2

1

2                    Transcript of proceedings in the above

3    matter taken by Theresa O. Mastroianni, Certified

4    Court Reporter, license number 30X100085700, and

5    Notary Public of the State of New Jersey at the

6    United States District Court House, One Gerry Plaza,

7    Camden, New Jersey, 08102, commencing at 9:30 AM.

8

9

10

11

12

13

14

15

16

17

18

19

20            MASTROIANNI & FORMAROLI, INC.

        Certified Court Reporting & Videoconferencing

21            251 South White Horse Pike

             Audubon, New Jersey 08106

22                856-546-1100

23

24

25

```
 1    A P P E A R A N C E S:

 2

 3         PAUL J. HIRSH, PC

           10 MADISON AVENUE

 4         SUITE 300

           MORRISTOWN, NEW JERSEY   07960

 5         973-290-9555

           ATTORNEY FOR THE PLAINTIFFS

 6

 7

           ROSELLI & GRIEGEL, PC

 8         BY:  MARK ROSELLI, ESQUIRE

                - and -

 9         BY:  JAMES LAZZARO, ESQUIRE

           1337 STATE HIGHWAY 33

10         HAMILTON SQUARE, NEW JERSEY   08690

           609-586-2257

11         ATTORNEYS FOR THE DEFENDANTS

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              JUDGE BISSELL:  As we know, I'm not

2    going to paraphrase Rule 52C to any great extent, but

3    that if a party has been fully heard on an issue or

4    claim, and that's the case here because the plaintiff

5    has rested in this matter tried without a jury, this

6    Court may consider the matter in a plenary fashion,

7    among other things, making findings with regard to

8    credibility and the weight of the evidence.  I'm not

9    required to treat such a motion with the deference

10   that would be required in the matter of a jury trial.

11             A Court determines -- pardon me, this

12   Master determines that the only reasonable conclusion

13   from all of the evidence before me is that the video

14   in question depicts the day in question on or about

15   August 9th, with which Carroll did not quarrel.  When

16   he was extracted from his cell, moved through the

17   infirmary, as it turns out, to -- from F Unit to B

18   Unit, together with this plaintiff's cell mate.  The

19   description, of course, of the events that occurred

20   as related on direct examination without the presence

21   of a videotape is, of course, what it is.  And the

22   Court refers to the record as generated.

23             However, in my opinion, the videotape

24   completely refutes the version of the offense given

25   by the plaintiff.  Obviously, nothing took place on

1  camera as the plaintiff describes.  Plaintiff then in

2  an effort when he was off camera for a matter of

3  seconds, certainly no more than a minute plus, as I

4  noticed the logging on the TV screen, that that is

5  when the beatings and the vilification occurred.  And

6  as the witness described, among other things, those

7  comments yelled at the witness were such things as,

8  quote, fag, don't say nothing or I'll fuck you up.

9  Quote, fag, I'm going to tell you to lift a foot.

10  After which he said I didn't tell you which foot to

11  lift.  And he presumably was struck again.  More such

12  nasty things.  Quote, you fucking faggot.  Quote,

13  I'll fuck you up, et cetera.

14          This tape had audio as well as video.

15  And it's equally clear from the sequence of events as

16  the plaintiff admitted on cross-examination that he

17  was standing just off camera to what would be the

18  left side of the screen as we look at it.  Indeed, I

19  can see a SOG officer on the left side of the screen

20  with his attention in that direction as opposed to

21  the others who were looking at the cell mate, Tyrone.

22          And in that few seconds later when both

23  of them began to be marched out, the plaintiff

24  appeared from the immediate vicinity in the very left

25  of the screen, indicating that the plaintiff was not

1    far away.  Perhaps no more than the width of this

2    bench.

3              Accordingly, given the level of volume

4    at which the tape was played, and the conversational

5    tone of other remarks in the course of it, there is

6    absolutely no way whatsoever that the yelling and

7    screaming and swearing which the plaintiff described

8    could have taken place without being overheard.  And

9    it was not, there was none of it.

10             Furthermore, there are other details of

11   the events which just don't jive with the plaintiff's

12   version.  Being shackled around the ankles was

13   testified to on direct examination.  There was no leg

14   irons used in the course of this transportation.

15             While the clear insistence on direct

16   examination that the plaintiff was never taken to the

17   infirmary, now one could excuse a lapse of

18   recollection there, I gather.  But once again, upon

19   being confronted with the videotape, it was obvious

20   that the person was taken to the infirmary.

21             While no video, of course, could supply

22   a microscopic examination, there are no evidences

23   whatsoever in the course of that tape that we're

24   dealing with the result of any beatings or any hard

25   beatings around the head.  Among other things, the

1    curlers remained in place.  I don't know enough about

2    that sort of thing to know whether they would likely

3    be dislodged or disrupted by such beatings, but they

4    weren't.

5              The opportunity for us to observe on

6    the tape the inspection taking place at the

7    infirmary, indicating nothing about -- from a visual

8    point of view, the prospects of any beatings around

9    the head.

10             The testimony with regard to being

11   slammed into the podium upon arrival at B Unit

12   completely belied by the tape, which ran in

13   continuous sequence as we could tell from the timing

14   device on it, into an uneventful entry into the B

15   Unit cell.

16             The plaintiff's efforts in the course

17   of the cross-examination then to say, well, you know,

18   maybe all this happened to me while I was in B Unit

19   and I was being transferred from one cell to the

20   other during the whole time I was there, that frankly

21   I can only conclude is an effort to somehow or other

22   salvage this claim in the wake of such strong

23   evidence to the contrary.

24             Accordingly, I make a determination

25   that there was no credible evidence on this record of

May 8, 2008

Page 8

1    any beating or assault or physical activity or even

2    rude language employed against this plaintiff on this

3    occasion, which of course is the essence of his

4    claim.

5              The motion under Rule 52C is granted.

6    The Court will recommend -- this Master will

7    recommend to the district Judge the entry of a

8    judgment of no cause for action.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

May 8, 2008

```
 1              C E R T I F I C A T E

 2

 3         I, Theresa O. Mastroianni, a Notary Public and

 4    Certified Shorthand Reporter of the State of New

 5    Jersey, do hereby certify that the foregoing is a

 6    true and accurate transcript of the testimony as

 7    taken stenographically by and before me at the time,

 8    place, and on the date hereinbefore set forth.

 9         I DO FURTHER CERTIFY that I am neither a

10    relative nor employee nor attorney nor counsel of any

11    of the parties to this action, and that I am neither

12    a relative nor employee of such attorney or counsel,

13    and that I am not financially interested in the

14    action.

15

16

17

18

19    Theresa O. Mastroianni

           Theresa O. Mastroianni, C.S.R.

20         Notary Public, State of New Jersey

           My Commission Expires May 5, 2010

21         Certificate No. XI0857

           Date:  May 8, 2008

22

23

24

25
```

May 8, 2008

**A**
absolutely 6:6
accurate 9:6
action 1:3 8:8
    9:11,14
activity 8:1
admitted 5:16
al 1:9
ankles 6:12
appeared 5:24
arrival 7:11
assault 8:1
attention 5:20
attorney 3:5
    9:10,12
ATTORNEYS
    3:11
audio 5:14
Audubon 2:21
August 4:15
AVENUE 3:3

**B**
B 4:17 7:11,14
    7:18
Bayside 1:6
beating 8:1
beatings 5:5
    6:24,25 7:3,8
began 5:23
belied 7:12
bench 6:2
BISSELL 1:19
    4:1

**C**
C 3:1 9:1,1
Camden 2:7
camera 5:1,2,17
Carroll 1:7 4:15
case 4:4
cause 8:8
cell 4:16,18 5:21
    7:15,19
certainly 5:3
Certificate 9:21

Certified 2:3,20
    9:4
certify 9:5,9
cetera 1:3
Civil 1:3
claim 4:4 7:22
    8:4
clear 5:15 6:15
commencing 2:7
comments 5:7
Commission
    9:20
completely 4:24
    7:12
conclude 7:21
conclusion 4:12
confronted 6:19
consider 4:6
continuous 7:13
contrary 7:23
conversational
    6:4
counsel 9:10,12
course 4:19,21
    6:5,14,21,23
    7:16 8:3
Court 1:2 2:4,6
    2:20 4:6,11,22
    8:6
credibility 4:8
credible 7:25
cross-examina...
    5:16 7:17
curlers 7:1
C.S.R 9:19

**D**
date 9:8,21
day 4:14
dealing 6:24
Defendants 1:10
    3:11
deference 4:9
depicts 4:14
described 5:6
    6:7

describes 5:1
description 4:19
details 6:10
determination
    7:24
determines 4:11
    4:12
device 7:14
direct 4:20 6:13
    6:15
direction 5:20
dislodged 7:3
disrupted 7:3
district 1:2,3 2:6
    8:7
DONALD 1:7

**E**
E 3:1,1 9:1,1
effort 5:2 7:21
efforts 7:16
employed 8:2
employee 9:10
    9:12
entry 7:14 8:7
equally 5:15
ESQUIRE 3:8,9
essence 8:3
et 1:9 5:13
events 4:19 5:15
    6:11
evidence 4:8,13
    7:23,25
evidences 6:22
examination
    4:20 6:13,16
    6:22
excuse 6:17
Expires 9:20
extent 4:2
extracted 4:16

**F**
F 4:17 9:1
fag 5:8,9
faggot 5:12

far 6:1
fashion 4:6
FAUVER 1:9
financially 9:13
findings 4:7
foot 5:9,10
foregoing 9:5
FORMAROLI
    2:20
forth 9:8
frankly 7:20
fuck 5:8,13
fucking 5:12
fully 4:3
FURTHER 9:9
Furthermore
    6:10

**G**
gather 6:18
generated 4:22
Gerry 2:6
given 4:24 6:3
going 4:2 5:9
granted 8:5
great 4:2
GRIEGEL 3:7

**H**
H 1:9
HAMILTON
    3:10
happened 7:18
hard 6:24
head 6:25 7:9
heard 4:3
hereinbefore 9:8
HIGHWAY 3:9
HIRSH 3:3
HONORABLE
    1:19
Horse 2:21
House 2:6

**I**
immediate 5:24

indicating 5:25
    7:7
infirmary 4:17
    6:17,20 7:7
insistence 6:15
inspection 7:6
interested 9:13
irons 6:14
issue 4:3

**J**
J 3:3
JAMES 3:9
Jersey 1:3 2:5,7
    2:21 3:4,10 9:5
    9:20
jive 6:11
JOHN 1:19
Judge 4:1 8:7
judgment 8:8
jury 4:5,10

**K**
know 4:1 7:1,2
    7:17

**L**
language 8:2
lapse 6:17
LAZZARO 3:9
left 5:18,19,24
leg 6:13
level 6:3
license 2:4
lift 5:9,11
Litigation 1:6
logging 5:4
look 5:18
looking 5:21

**M**
MADISON 3:3
making 4:7
marched 5:23
MARK 3:8
Master 1:19

4:12 8:6
**Mastroianni** 2:3
  2:20 9:3,19
**mate** 4:18 5:21
**matter** 1:5 2:3
  4:5,6,10 5:2
**microscopic**
  6:22
**minute** 5:3
**MORRISTO...**
  3:4
**motion** 4:9 8:5
**moved** 4:16

**N**

**N** 3:1
**nasty** 5:12
**neither** 9:9,11
**never** 6:16
**New** 1:3 2:5,7,21
  3:4,10 9:4,20
**Notary** 2:5 9:3
  9:20
**noticed** 5:4
**number** 2:4

**O**

**O** 2:3 9:3,19
**observe** 7:5
**obvious** 6:19
**Obviously** 4:25
**occasion** 8:3
**occurred** 4:19
  5:5
**offense** 4:24
**officer** 5:19
**once** 6:18
**opinion** 4:23
**opportunity** 7:5
**opposed** 5:20
**overheard** 6:8

**P**

**P** 3:1,l
**paraphrase** 4:2
**pardon** 4:11

**parties** 9:11
**party** 4:3
**PAUL** 3:3
**PC** 3:3,7
**person** 6:20
**physical** 8:1
**Pike** 2:21
**place** 4:25 6:8
  7:1,6 9:8
**plaintiff** 4:4,25
  5:1,1,16,23,25
  6:7,16 8:2
**PLAINTIFFS**
  3:5
**plaintiff's** 4:18
  6:11 7:16
**played** 6:4
**Plaza** 2:6
**plenary** 4:6
**plus** 5:3
**podium** 7:11
**point** 7:8
**presence** 4:20
**presumably**
  5:11
**Prison** 1:6
**proceedings** 2:2
**prospects** 7:8
**Public** 2:5 9:3,20

**Q**

**quarrel** 4:15
**question** 4:14,14
**quote** 5:8,9,12
  5:12

**R**

**R** 3:1 9:1
**ran** 7:12
**reasonable** 4:12
**recollection** 6:18
**recommend** 8:6
  8:7
**record** 4:22 7:25
**refers** 4:22
**refutes** 4:24

**regard** 1:5 4:7
  7:10
**related** 4:20
**relative** 9:10,12
**remained** 7:1
**remarks** 6:5
**Reporter** 2:4 9:4
**Reporting** 2:20
**required** 4:9,10
**rested** 4:5
**result** 6:24
**ROSELLI** 3:7,8
**rude** 8:2
**Rule** 4:2 8:5

**S**

**S** 3:1
**salvage** 7:22
**screaming** 6:7
**screen** 5:4,18,19
  5:25
**seconds** 5:3,22
**see** 5:19
**sequence** 5:15
  7:13
**set** 9:8
**shackled** 6:12
**Shorthand** 9:4
**side** 5:18,19
**slammed** 7:11
**SOG** 5:19
**sort** 7:2
**South** 2:21
**SPECIAL** 1:19
**SQUARE** 3:10
**standing** 5:17
**State** 1:6 2:5 3:9
  9:4,20
**States** 1:2 2:6
**stenographica...**
  9:7
**strong** 7:22
**struck** 5:11
**SUITE** 3:4
**supply** 6:21
**swearing** 6:7

**T**

**T** 9:1,1
**taken** 2:3 6:8,16
  6:20 9:7
**tape** 5:14 6:4,23
  7:6,12
**tell** 5:9,10 7:13
**testified** 6:13
**testimony** 7:10
  9:6
**Theresa** 2:3 9:3
  9:19
**thing** 7:2
**things** 4:7 5:6,7
  5:12 6:25
**THURSDAY**
  1:15
**time** 7:20 9:7
**timing** 7:13
**tone** 6:5
**transcript** 2:2
  9:6
**transferred** 7:19
**transportation**
  6:14
**treat** 4:9
**trial** 4:10
**tried** 4:5
**true** 9:6
**turns** 4:17
**TV** 5:4
**Tyrone** 5:21

**U**

**uneventful** 7:14
**Unit** 4:17,18
  7:11,15,18
**United** 1:2 2:6

**V**

**version** 4:24
  6:12
**vicinity** 5:24
**video** 4:13 5:14
  6:21
**Videoconfere...**

2:20
**videotape** 4:21
  4:23 6:19
**view** 7:8
**vilification** 5:5
**visual** 7:7
**volume** 6:3
**vs** 1:8

**W**

**W** 1:19
**wake** 7:22
**way** 6:6
**weight** 4:8
**weren't** 7:4
**we're** 6:23
**whatsoever** 6:6
  6:23
**White** 2:21
**width** 6:1
**WILLIAM** 1:9
**witness** 5:6,7

**X**

**XI0857** 9:21

**Y**

**yelled** 5:7
**yelling** 6:6

**0**

**07960** 3:4
**08-133** 1:3
**08102** 2:7
**08106** 2:21
**08690** 3:10

**1**

**10** 3:3
**1337** 3:9

**2**

**2008** 1:15 9:21
**2010** 9:20
**251** 2:21

**3**

**30X100085700**
 2:4
**300** 3:4
**33** 3:9

**5**
**5** 9:20
**52C** 4:2 8:5

**6**
**609-586-2257**
 3:10

**8**
**8** 1:15 9:21
**856-546-1100**
 2:22

**9**
**9th** 4:15
**9:30** 2:7
**973-290-9555**
 3:5